IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:22-CR-22 |
| ZYTAVIOUS WATKINS, | : |
| Defendant | : |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:22-CR-22, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:22-CR-22, be unsealed.

SO ORDERED, this __22nd__ day of August, 2023.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

MICHAEL MORRISON
Digitally signed by MICHAEL MORRISON
Date: 2023.08.22 14:17:38 -04'00'

_____
MICHAEL D. MORRISON
ASSISTANT UNITED STATES ATTORNEY