# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ZYTAVIOUS WATKINS,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00022-TES-CHW-1** |

### ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is the Defendant's Second Unopposed Motion for Continuance [Doc. 31]. On September 13, 2022, the Grand Jury returned a sealed Indictment [Doc. 1] charging Defendant Zytavious Watkins with three counts of Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). [Doc. 1, pp. 1–2]; *see* [Doc. 29, p. 1]. On August 29, 2023, Defendant pled not guilty at his arraignment and was ordered released pending trial on a $15,000 unsecured bond. [Doc. 12]; [Doc. 14]; [Doc. 16]; [Doc. 17]; *see* [Doc. 29, pp. 1–2]. On September 11, 2023, the Court granted the Government's Joint Motion to Continue Trial because Defendant retained new counsel and needed time to review discovery material and discuss potential plea deals with him. [Doc. 24]; [Doc. 25]. On October 25, 2023, the Court granted the Defendant's Motion to Continue for the same reason. [Doc. 29]; [Doc. 30].

The Defendant now moves for a second continuance to allow for further time to negotiate with the Government and discuss the case with counsel. [Doc. 31, p. 2]. Having reviewed the Defendant's reasons for a continuance, the Court finds it serves the ends of justice to continue this case. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Thus, the Court **GRANTS** the Defendant's Unopposed Motion to Continue Trial [Doc. 31] and **CONTINUES** this case until the next Trial Term—set to begin March 25, 2024, with the pretrial conference scheduled for **February 15, 2024**.

The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 16th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**