IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **ZYTAVIOUS WATKINS,** | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Criminal No. 3:22-cr-22-TES-CHW-1 |
| | : | Civil No.: 3:25-cv-180-TES-CHW |
| **UNITED STATES OF AMERICA,** | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

### ORDER

Before the Court is a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 filed by Zytavious Watkins, *pro se*. (Doc. 57). Watkins failed to use the standard form petition for § 2255 motions. Therefore, the Court is unable to conduct an initial review of his motion in accordance with the provisions of Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts at this time. It is **ORDERED** that Watkins **RECAST** his § 2255 motion to vacate **within 30 days of the date of this order**, in which he must clearly enumerate all his grounds for habeas relief.[1] If Watkins fails to recast his motion, Watkins will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in the original motion.

---

[1] Although Watkins's motion (Doc. 56) as submitted is more thorough than most *pro se* filings where movants failed to utilize the standard form, it is the Court's practice to require a *pro se* 2255 movant to recast using the standard form.

2

      The Clerk of Court is **DIRECTED** to provide Watkins with a copy of the required § 2255 form petition.

      **SO ORDERED**, this 18th day of November, 2025.

                                         s/ <u>Charles H. Weigle</u>
                                         Charles H. Weigle
                                         United States Magistrate Judge