IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ZYTAVIOUS WATKINS, | : | |
| Movant, | : | |
| v. | : | Criminal No. 3:22-cr-00022-TES-CHW-1 |
| | : | Civil No.: 3:25-cv-00180-TES-CHW |
| UNITED STATES OF AMERICA, | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |

**ORDER**

Movant Zytavious Watkins, *pro se*, filed a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255. (Doc. 57). After conducting an initial review in accordance with the provisions of Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court directed Movant to recast his petition using the standard 2255 form and provided notice to Movant that he must enumerate all his grounds for habeas relief. (Doc. 58). Movant recast his petition as directed. (Doc. 59). After reviewing the recast petition under Rule 4, the Court is unable to conclude that the Motion is subject to summary dismissal.

**IT IS THEREFORE ORDERED** that the United States Attorney **RESPOND** to Movant's claims by filing an answer or other responsive pleading pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts within **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 30th day of December, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1